# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SANDRA K. SHOEMAKER, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>CARDIOVASCULAR SYSTEMS, INC. and LAURENCE L. BETTERLEY,<br><br>        Defendants. | No. 0:16-cv-00568-DWF-DTS<br><br>Hon. Donovan W. Frank<br><br>**DEFENDANTS' MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT** |

      Defendants Cardiovascular Systems, Inc. and Laurence L. Betterley, hereby move to dismiss Plaintiffs' First Amended Class Action Complaint, with prejudice, for failure to state a claim upon which relief can be granted, pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, *et seq*.  Defendants' Motion is based upon their supporting memorandum of law, the Declaration Blake L. Osborn and exhibits attached thereto, the arguments of counsel at the time of the hearing, and the entire record herein.

Dated:  August 11, 2017

        *s/ Leah C. Janus*
        David R. Marshall (#184457)
        Leah C. Janus (#0337365)
        **FREDRIKSON & BYRON, P.A.**
        200 South Sixth Street, Suite 4000
        Minneapolis, MN  55402-1425
        Telephone:  612.492.7000
        Facsimile:  612.492.7077
        dmarshall@fredlaw.com
        ljanus@fredlaw.com

*s/ Robert M. Stern*_____
Robert M. Stern (DC #478742) (admitted *pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Columbia Center
1152 15th Street, N.W.
Washington D.C. 20005-1706
Telephone:  (202) 339-8542
Facsimile:  (202) 339-8500
rstern@orrick.com

Michael C. Tu (CA 186793) (admitted *pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:  (213) 629-2020
Facsimile:  (213) 612-2499
mtu@orrick.com

*Counsel for Defendants*