# UNITED STATES DISTRICT COURT
## District of Minnesota

Sandra K. Shoemaker, City of Miami Fire Fighters' & Police Officers' Retirement Trust,

                Plaintiff(s),

v.

Cardiovascular Systems, Inc., Laurence L. Betterley,

                Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number:  16-cv-568 DWF/DTS

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1.  Defendants' Motion to Dismiss Plaintiffs' First Amended Class Action Complaint (Doc. No. [93]) is GRANTED consistent with the memorandum above.

2.  Plaintiffs' Amended Complaint (Doc. No. [86]) is DISMISSED WITH PREJUDICE.

Date: January 11, 2018

                                      KATE M. FOGARTY, CLERK

                                      s/J. Dunbar Fannemel
   (By)             J. Dunbar Fannemel, Deputy Clerk